UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:09CV00005-J

GINA COLE                                                          PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                    DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Gina Cole seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the matter be affirmed and the plaintiff's claim dismissed.

The plaintiff has timely filed objections to the Magistrate Judge's Report arguing: 1) the ALJ erred in finding that she engaged in substantial gainful activity after June 23, 2004; 2) the ALJ erred by failing to find that her condition medically equals a listed impairment; 3) the ALJ's residual functional capacity findings are not supported by substantial evidence; and 4) the ALJ improperly relied upon the testimony from the vocational expert. With regard to the plaintiff's second argument, that her condition meets or medically equals a listed impairment, there is insufficient evidence of record that would meet the requirements of Listing 1.04C. Specifically, there is no evidence of pseudoclaudication as required by the listing criteria, nor has claimant made the requisite showing of inability to ambulate effectively.

Thorough review of the record in light of claimant's arguments reveals that the ALJ's conclusions are supported by substantial evidence of record. The remaining issues in contention were sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In sum, this Court has conducted a de novo review of the Magistrate Judge's report in light of the objections thereto and the record as a whole.  The Magistrate Judge's Report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, for the reasons stated herein, IT IS ORDERED:

1)      The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2)      The final Decision of the Commissioner denying benefits is AFFIRMED; and

3)      Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.